**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                   Case No. 3:25-CV-1071-MMH-MCR

LOREYNI NERISA
ALVAREZ-LOPEZ,

     Defendant.

_____

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the plaintiff United States of America hereby gives notice of the dismissal of its complaint herein, without prejudice.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

/s/ *Lacy R. Harwell, Jr.*
Lacy R. Harwell, Jr.
Assistant U.S. Attorney
FBN 714623
Office of the U.S. Attorney, MDFL
400 N. Tampa St., Suite 3200
Tampa, FL  33602
Tel. 813 274-6000
Email: randy.harwell@usdoj.gov